People of State of Illinois, Defendant in Error, v. Carmen A. Lautzenhiser, Plaintiff in Error.

Gen. No. 46,121. 

Meyers & Rothstein, for plaintiff in error; David B. Rothstein, of counsel; John Gutknecht, State's Attorney of Cook county, for defendant in error; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and Nicholas B. Comerford, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed October 26, 1953; released for publication December 1, 1953.